**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-22708-GAYLES**

ANTONIO LEON,

     **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

     **Defendant**.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Unopposed Motion for Authorization of Attorney's Fees Under Section 206(b)(1) of the Social Security Act (the "Motion"). [ECF No. 22]. The Commissioner of Social Security filed a Response, stating that "the Commissioner neither objects nor assents to counsel's request for $9,842.00 in § 406(b) attorney fees because it is not the government's money and he is not a party to the contingent fee agreement, [ECF No. 22-1], between counsel and plaintiff." [ECF No. 23, Commissioner's Response at 1].

In the Motion, Plaintiff's counsel states that, following the Court's remand of the Commissioner's decision, Plaintiff's original June 1, 2025 finding of disability was reinstated, which ultimately resulted in an award of past-due Social Security Disability benefits, 25% of which is $19,042.00. [ECF No. 22]; 42 U.S.C. § 406(b)(1) (recovery of such fees under this section may not exceed 25% of the total past-due benefits). Plaintiff's counsel seeks to recover a total of $16,528.35 (21.7% of the past-due benefits for Plaintiff), with disbursement of a net attorney fee of $9,842.00, which accounts for the previously received EAJA attorney fee of $6,686.35. *See* [ECF No. 21].

Upon review, the Court finds that Plaintiff's counsel's request is reasonable under the circumstances of this case, such that an award of $16,528.35 in attorney's fees does not now run afoul of the limit imposed by § 406(b).

For the foregoing reasons, it is **ORDERED** and **ADJUDGED** as follows:

1.      The Motion, [ECF No. 22], is **GRANTED**.

2.      Plaintiff's counsel is entitled to gross attorney's fees of **$16,528.35**, representing 21.7% of the past-due benefits on the claim.

3.      The Agency shall process net attorney's fees of **$9,842.00** from Plaintiff's past-due benefits in accordance with agency policy.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2